IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 15-cv-851-JLK

**CHARLES ADAM JONES,**

    Plaintiff,

v.

**EVERGREEN TRAILS INC. dba HORIZON COACH LINES; FRANCIS SHERMAN; CHRISTOPHER O'CONNOR; and DOES 1-5,**

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Notice of Voluntary Dismissal with Prejudice (Doc. 6), filed May 27, 2015, it is

**ORDERED** Pursuant to Fed. R. Civ. P. 41(a) that the case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated: June 18, 2015

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    SENIOR U.S. DISTRICT COURT JUDGE